IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAY SETH MICHAELS,

    Plaintiff,

vs.                               Case No. 3:10cv2/MCR/MD

SAMANTHA A. SATISH, et al,

    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is TRANSFERRED to the United States District Court for the Southern District of Florida.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 31st day of March, 2010.

                                    s/ *M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE